UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

U. S. A. vs. QUINCEY NATHANIEL ROUSON          Docket Number: 06-cr-00250-EWN-01

**Petition on Supervised Release**

COMES NOW, Carrie Kent, probation officer of the court, presenting an official report upon the conduct and attitude of Quincey Nathaniel Rouson, who was placed on supervision by the Honorable William L. Osteen sitting in the court at Durham, Middle District of North Carolina, on the 18th day of February, 2005, who fixed the period of supervision at two years, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1. The defendant shall provide any requested financial information to the probation officer.

2. The defendant shall consent to the probation officer conducting periodic unannounced examinations of his computer equipment, which may include hardware, software, and copying all data from his computer(s). This may also include the removal of such equipment, when necessary, for the purpose of conducting a more thorough examination.

**Jurisdiction was transferred to the District of Colorado on June 23, 2006.**

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
See attachment hereto and herein incorporated by reference.

PRAYING THAT THE COURT WILL ORDER that the Petition on Supervised Release filed September 20, 2007, be withdrawn, and the supervised release violation hearing scheduled for December 7, 2007, be vacated.

         ORDER OF THE COURT

| | |
|---|---|
| Considered and ordered this 29th day of November, 2007, and ordered filed and made a part of the record in the above case. | I declare under penalty of perjury that the foregoing is true and correct. |
| | s/ Carrie Kent |
| | Carrie Kent<br>U.S. Probation Officer |
| s/ Edward W. Nottingham | |
| Edward W. Nottingham<br>Chief U.S. District Judge | Place: Denver, Colorado |
| | Date: November 27, 2007 |

# ATTACHMENT

On September 20, 2007, the court ordered the issuance of a warrant for violations of supervised release as alleged in a petition filed by the Probation Office.  On September 27, 2007, the defendant was arrested and made an initial appearance before the Honorable Boyd N. Boland.  On October 2, 2007, the defendant appeared before the Honorable Craig B. Shaffer where, upon recommendation of the government and the Probation Office, he was ordered released on bond with a condition of supervision requiring home confinement through electronic monitoring.  The defendant has been compliant with the terms and conditions of bond since his release on October 4, 2007.

On October 9, 2007, the defendant was sentenced in Boulder County District Court, docket number 2006CR000901, to serve a six month term of incarceration with work release.  He is scheduled to voluntarily surrender and begin service of this sentence on December 20, 2007.

The defendant's term of supervised release is scheduled to expire on December 15, 2007.  Based on the sentence imposed by the state court in response to the new law violation alleged in the petition (Violation 2) filed September 20, 2007, as well as the defendant's compliance with bond supervision since his release, the Probation Office respectfully recommends that: (1) the allegations in the petition filed September 20, 2007, be withdrawn; (2) the supervised release violation hearing scheduled for December 7, 2007, be vacated; and (3) the defendant's term of supervised release be allowed to expire on December 15, 2007.  Both the government and counsel for the defendant have been consulted, and all parties concur with this recommendation.